IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

No: 1:08-CV-166-TDS

S. SHANE SMITH )
    Plaintiff, )
     )
    -vs- ) NOTICE OF APPEAL
     )
THEODIS BECK, et al., )
    Defendants. )

    Notice is hereby given that S. Shane Smith, Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment in this action on December 19, 2013, which included the Summary Judgment entered on April 18, 2012.

    Respectfully submitted, this the 15th day of January, 2014.

                                            S. Shane Smith   0379861
                                            Piedmont Corr. Institution
                                            1245 Camp Road
                                            Salisbury, NC   28147

FILED JAN 17 2014

CERTIFICATE OF SERVICE

This is to certify that the foregoing document, Notice of Appeal, was this day placed in the prison facility's mailbox and mailed to the Clerk of the Court, addressed as follows:

>Clerk of the Court
>United States District Court
>   for the Middle District of North Carolina
>P.O. Box 2708
>324 West Market Street, Suite 401
>Greensboro, NC  27401

This the  15th  day of January, 2014.

>S. Shane Smith  0379861
>Piedmont Corr. Institution
>1245 Camp Road
>Salisbury, NC  28147